UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-62627-BLOOM/VALLE

LIONAL DALTON,

    Plaintiff,

vs.

A.R. LEASING, INC., d/b/a MEINEKE
CAR CARE CENTER,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, LIONAL DALTON, hereby dismisses this matter against Defendant, A.R. LEASING, INC. d/b/a MEINEKE CAR CARE CENTER, with prejudice, as the parties have amicably settled this matter.

## CERTIFICATE OF SERVICE

I certify that on January 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M ADVOCACY GROUP, LLC**
Presidential Circle
4000 Hollywood Blvd., Ste. 435 So.
Hollywood, Florida 33021
Telephone (954) 962-1166
Facsimile (954) 962-1779

/s/ *Mark D. Cohen*
Mark D. Cohen, Esquire

2

Email: Mark@markdcohenpa.com
Florida Bar No.: 347345

Case 0:15-cv-62627-BB   Document 8   Entered on FLSD Docket 01/12/2016   Page 2 of 2

2