UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-62627-BLOOM/Valle

**LIONAL DALTON**,

    Plaintiff,

v.

**A.R. LEASING, INC.**, d/b/a
MEINEKE CAR CARE CENTER,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. [8] ("Notice"), filed on January 12, 2016.  The Court has carefully reviewed the Notice, the record, and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [8]**, is **GRANTED**;

2. The above-styled case is hereby **DISMISSED WITH PREJUDICE**; and

3. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 12th day of January, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record